**[J-17-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 805 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | March 1, 2023, in the Court of |
| | : | Common Pleas of York County, |
| v. | : | Criminal Division, at No. CP-67-CR- |
| | : | 0001762-1991. |
| | : | |
| PAUL G. TAYLOR, | : | SUBMITTED: January 29, 2024 |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                               **DECIDED: May 31, 2024**

**AND NOW,** this 31st day of May, 2024, the Order of the Court of Common Pleas of York County is AFFIRMED. *See* 42 Pa.C.S. §9545(b)(1)(iii) (requiring the right asserted to be a constitutional right that has been held to apply retroactively); *Commonwealth v. Cruz*, 852 A.2d 287, 292 (Pa. 2004) (explaining that the period for filing a PCRA petition is not subject to the doctrine of equitable tolling).

Chief Justice Todd and Justice McCaffery did not participate in the consideration or decision of this matter.